# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JOSE LUIS MARQUEZ CRUZ,
on behalf of himself and all other
similarly situated employees,

    Plaintiff,

v.                                                        No. 2:20-cv-02045-MSN-dkv

CASA MEXICANA OF PERKINS POPLAR INC.,
MARTIN MUÑOZ, and FELIPE GUZMAN,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Collective Action Complaint Under FLSA (ECF No. 1), filed January 21, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal Without Prejudice of Defendant Felipe Guzman Only (ECF No. 11), filed February 10, 2020, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter as to Defendant Felipe Guzman are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 12, 2020
DATE