# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JOSE LUIS MARQUEZ CRUZ,
on behalf of himself and all other similarly
situated employees,

    Plaintiff,

v.                                                       Case No. 2: 20-cv-02045-MSN-atc

CASA MEXICANA OF PERKINS POPLAR INC,
and MARTIN MUÑOZ,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed January 1, 2020.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Motion for Approval of FLSA Settlement, filed October 22, 2020, (ECF No. 24), the Order Approving Resolution of FLSA Claim and Administratively Closing the Case, entered December 4, 2020, (ECF No. 25), and the Stipulation of Dismissal with Prejudice, filed September 10, 2021, (ECF No. 26), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                    MARK S. NORRIS
                    UNITED STATES DISTRICT JUDGE

DATE:     September 13, 2021